United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12539-amc
Cheryl C. Burton                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db           +Cheryl C. Burton,    1718 N. 59th Street,    Philadelphia, PA 19151-3905
14313926     +Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
14313927     +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14313928     +Hon. Robert Radano,    1550 Garrett Road,   Upper Darby, PA 19082-4505
14313930     +KML Law Group,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
14316089     +M & T Bank,    C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
               Philadelphia, PA 19106-1541
14313933      PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
14313935     +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14313938     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
14313939     +United Auto Credit Co,    Attn: Bankruptcy,   PO Box 163049,    Fort Worth, TX 76161-3049
14337420     +United Auto Credit Corporation,    P.O. Box 163049,    Fort Worth, TX 76161-3049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14313919     +E-mail/Text: broman@amhfcu.org Jul 25 2019 03:05:15     American Heritage Federal Credit Union,
               Attn: Bankruptcy,    2060 Red Lion Road,   Philadelphia, PA 19115-1699
14313923      E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:24     City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14313924      E-mail/Text: megan.harper@phila.gov Jul 25 2019 03:05:24     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14313920     +E-mail/Text: ecf@ccpclaw.com Jul 25 2019 03:04:56     Cibik & Cataldo, P.C.,
               1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14313922     +E-mail/Text: bankruptcy@philapark.org Jul 25 2019 03:05:28     City of Philadelphia,
               Parking Violations Branch,    PO Box 41819,   Philadelphia, PA 19101-1819
14313925     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2019 03:05:28
               Credit Collection Services,    Attn: Bankruptcy,   725 Canton St,    Norwood, MA 02062-2679
14313929      E-mail/Text: cio.bncmail@irs.gov Jul 25 2019 03:04:59     I.R.S.,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
14318454      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2019 03:00:58     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14313931     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2019 03:01:42
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   PO Box 10497,
               Greenville, SC 29603-0497
14313932      E-mail/Text: camanagement@mtb.com Jul 25 2019 03:05:00     M & T Bank,    Attn: Bankruptcy,
               PO Box 844,    Buffalo, NY 14240
14346829      E-mail/Text: camanagement@mtb.com Jul 25 2019 03:05:00     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
14313934      E-mail/Text: bankruptcygroup@peco-energy.com Jul 25 2019 03:05:00     Peco Energy,
               2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
14313936     +E-mail/Text: bankruptcy@philapark.org Jul 25 2019 03:05:28     Philadelphia Parking Authority,
               Bankruptcy Department,    701 Market Street,   Philadelphia, PA 19106-2895
14313937     +E-mail/Text: bankruptcy@sw-credit.com Jul 25 2019 03:05:14     Southwest Credit Systems,
               4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
14313940     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2019 03:04:55
               Verizon,    Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14313921*    +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey             Page 2 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL A. CIBIK2    on behalf of Debtor Cheryl C. Burton ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHERYL C BURTON | Chapter 13 |
| Debtor | Bankruptcy No. 19-12539-AMC |

**O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 24, 2019**     _____
                                                       Ashely M. Chan
                                                     Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
CHERYL C BURTON

1718 N. 59TH STREET

PHILADELPHIA, PA 19151-